UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teddi E. Seibring,

        Plaintiff,

v.                                                       Civil No. 13-53 (JNE/TNL)
                                                        ORDER

State of Minnesota/Minnesota Pollution Control
Agency,

        Defendants.

In a Report and Recommendation dated December 5, 2013, the Honorable Tony N. Leung, United States Magistrate Judge, recommended that this action be dismissed without prejudice. *See* Fed. R. Civ. P. 4(m). Plaintiff did not object. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 7]. Therefore, IT IS ORDERED THAT:

1.     This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 8, 2014

                                                            s/Joan N. Ericksen
                                                             JOAN N. ERICKSEN
                                                             United States District Judge